1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINA M. McCALL (CABN 234139)
   Assistant United States Attorneys
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3717
7      Facsimile: (501) 637-3724
       E-Mail: christina.mccall@usdoj.gov
8

9  Attorneys for the United States of America

10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15 UNITED STATES OF AMERICA,           )    No. CR 4-10-70415 MAG (LB)
                                       )
16        Plaintiff,                   )
                                       )    [PROPOSED] DETENTION ORDER
17     v.                              )
                                       )
18 ARTEMIO RAMIREZ-ARROYO,             )
                                       )
19        Defendant.                   )
                                       )
20

21     Following a hearing under 18 U.S.C. § 3142(f), and considering the factors set forth in

22 section 3142(g), the Court finds that, at this time, no condition or combination of conditions in

23 section 3142(c) will reasonably assure Defendant's appearance in court and the safety of any

24 other person or the community.  Probable cause exists to believe that the defendant, Artemio

25 Ramirez-Arroyo, committed the offense of conspiracy to possess with intent to distribute

26 methamphetamine, heroin and cocaine, in violation of 21 U.S.C. §§ 841 and 846.  The charge

27 carries a presumption of detention, pursuant to 18 U.S.C. § 3142(e)(3)(A).

28     After being advised of his rights to present evidence under section 3142(f), Defendant

DETENTION ORDER
(4-10-70415 MAG (LB))

1 declined to present additional information but reserved his right to present information at a future
2 bail hearing should his circumstances change.  The Court finds that detention is appropriate at
3 this time, due to the nature of the alleged offenses and the detainer lodged by United States
4 Immigration and Customs Enforcement.

5       The Court detains Defendant as a danger to the community and as a flight risk without
6 prejudice to his raising the bail issue at a future hearing.  The Court orders Defendant committed
7 to the custody of the Attorney General or a designated representative for confinement in a
8 corrections facility separate, to the extent practicable, from persons awaiting or serving
9 sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Defendant must be
10 afforded a reasonable opportunity to consult privately with counsel.  *See id.* § 3142(i)(3).  On
11 order of a court of the United States or on request of an attorney for the government, the person
12 in charge of the corrections facility must deliver the defendant to the United States Marshal for a
13 court appearance.  *See id.* § 3142(i)(4).

14       Time is ordered excluded for ten days under 18 U.S.C. 3161(h)(1)(F), to reflect the delay
15 resulting from transportation to the District of Oregon to face charges filed in case CR 08-228-04
16 HA.

17       IT IS SO ORDERED.
18 DATED: May 24, 2010

                                        LAUREL BEELER
19                                         United States Magistrate Judge

DETENTION ORDER
(4-10-70415 MAG (LB))              2